1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| U-Haul International, Inc., <br> Plaintiff, <br> v. <br> Argo Spring Manufacturing Co., Inc., <br> Defendant. | No. CV-09-2539-SMM <br><br> **ORDER** |
| Argo Spring Manufacturing Co., Inc., <br> Plaintiff, <br> v. <br> U-Haul International, Inc., <br> Defendant. | |

Before the Court is the parties' Notice of Settlement (Doc. 48) and Stipulation to Dismissal (Doc. 49). Pursuant to the parties' Stipulation under Federal Rule Civil Procedure 41(a)(1)(a)(ii), and good cause appearing;

//

//

//

1     **IT IS HEREBY ORDERED** that this action, and all of the
2 plaintiff's/counterdefendant's and defendant's/counterclaimant's claims herein, be
3 dismissed in their entirety, with prejudice and on the merits, and without awarding
4 attorneys' fees, costs, or disbursements to any party.

5     DATED this 22nd day of August, 2011.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge